Henry OKPALA, Plaintiff
Below, Appellant,

v.

THE WILMINGTON PARKING
AUTHORITY, Defendant
Below, Appellee.

No. 255, 2016

Supreme Court of Delaware.

Submitted: October 7, 2016

Decided: January 3, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N16C–01–131

AFFIRMED.

BAYHEALTH MEDICAL CENTER,
INC. d/b/a Kent General Hospital,
Defendant Below, Appellant,

v.

Nicole LISOWSKI, as Next Friend of
Brandon Rodriguez, Jeremiah Rodri-
guez, and Nicholas O'Brien, minors,
and Juan Rodriguez, in his capacity as
Personal Representative of the Estate
of Alexis Rodriguez, Plaintiffs Below,
Appellees.

No. 607, 2016

Supreme Court of Delaware.

Submitted: December 29, 2016

Decided: January 11, 2017

Court Below—Superior Court of the
State of Delaware, C.A. No. N15C–04–228

REFUSED.